No. 02–7064. COLLINS *v.* JOHNSON, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 02–7067. HORTON *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7068. DATRICE *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–7070. ASHLEY *v.* TONEY, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–7073. BRAZILE *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–7075. CUNNINGHAM *v.* O'LEARY ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–7076. CHANSUOLME *v.* ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–7079. BELL *v.* TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 02–7080. PAGE *v.* DEMORALES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–7081. HAMLIN *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 02–7082. MIMS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–7083. ELLIOTT *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7087. JONES *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 02–7092. TAYLOR *v.* HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 9th Cir. Certiorari denied.